IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| ANNA JOHNSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16cv379-WHA |
| | ) | (WO) |
| WELLS FARGO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This case is before the court on the Joint Motion to Enlarge Deadline For Completing Discovery For the Limited Purpose of Taking Depositions, For Filing Dispositive Motions and For Pretrial and Trial and Any Related Deadlines (Doc. #19).

The court cannot accommodate the parties' request for a 60-day extension, but will reschedule the case for its next term of court after the currently scheduled October term, which will be January 22, 2018.

It is hereby ORDERED that the Motion is GRANTED to the extent that the Uniform Scheduling Order (Doc. #12) previously entered in this case is Amended as follows:

1. Section 1: the pretrial date is changed from September 6, 2017 to December 14, 2017, and the trial term is changed from October 2, 2017 to January 22, 2018.

2. Section 7: the deadline for discovery is changed from May 24, 2017 to July 24, 2017 for the limited purpose of taking depositions.

3. Sections 9, 10, and 11: the date of September 5, 2017 is changed to December 12, 2017.

All other provisions of the Uniform Scheduling Order shall remain unchanged.

DONE this 23rd day of May, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE